# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX ELECTRO ENGINEERS, INC.,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Case No. 09-372 (RJL) |
| ) | |
| UNITED STATES SECRETARY OF    ) | |
| THE ARMY,    ) | |
| ) | |
| Defendant.    ) | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 26 day of February, 2010, hereby

**ORDERED** that the defendant's Motion for Summary Judgment [# 13] is **GRANTED**; and it is further

**ORDERED** that the plaintiff's Cross-Motion for Summary Judgment [#15] is **DENIED**; it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge